UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ERIC LICON §<br>  *Plaintiff* §<br>§<br>v. §<br>§<br>SINGH JASWINDER, SANDEEP §<br>KAUR BRAR, MKS TRANSPORT, §<br>INC. §<br>  *Defendants* § | Case No. MO:22-CV-00051-DC |

## NOTICE OF SETTLEMENT

Plaintiff Eric Licon ("Plaintiff") and Defendants Singh Jaswinder, Sandeep Kaur Brar, and MKS Transport, Inc. ("Defendants") have reached a settlement of this matter. The parties respectfully request that the case be placed on a disposition docket. Dismissal documents are forthcoming in the near future.

Respectfully submitted,

*/s/ Ryan J Browne*
**Ryan J Browne**
State Bar No. 00796262
**Alex Ivanov**
State Bar No. 24122529
**REYES | BROWNE | REILLEY**
8222 Douglas Avenue, Suite 400
Dallas, TX 75225
214-526-7900 Telephone
214-526-7910 Facsimile
E-mail: ryan@reyeslaw.com
E-mail: Alex@reyeslaw.com
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on the 17th day of March, 2023 electronically via the Court's CM/ECF system.

                                                         */s/ Ryan J Browne*
                                                         Ryan J Browne