IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| ERIC LICON, § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | NO.  MO:22-CV-00051 | |
| § | | |
| SINGH JASWINDER, ET AL., § | | |
| *Defendants.* § | | |

## ORDER

BEFORE THE COURT is the Parties' Joint Notice of Settlement (Doc. 11) filed March 17, 2023. Accordingly,

This case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **THIRTY (30)** days from the docketing of this Order.

All pending motions, if any, are therefore **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 20th day of March, 2023.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE